Yanthis, J

RECEIVED
JUL 1 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANTOINE COOPER, BENJAMIN COOPER, DA'VONTE
HAWKINS and THOMAS LOGAN,

                              Plaintiff,

  -against-

THE CITY OF NEWBURGH, POLICE OFFICER KEVIN
LAHAR, POLICE OFFICER VASTA, PAROLE OFFICER
WHITE, POLICE OFFICER MILLER,

                              Defendants.
-----------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE AND
DISMISSAL PURSUANT
TO RULE 41 (a)(1)

09 CV 2234 (KMK) GAY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Poughkeepsie, New York
              May 18, 2010

STOLL, GLICKMAN & BELLINA

By: _____
      Andrew B. Stoll
*Attorneys for Plaintiffs*
71 Nevins Street
Brooklyn, NY 11217
Tel: (718) 852-3710

McCABE & MACK LLP

By: _____
      David L. Posner (0310)
*Attorneys for Defendants City of Newburgh,*
*Lahar, Vasta and Miller*
63 Washington Street
P.O. Box 509
Poughkeepsie, NY 12602-0509
Tel: (845) 486-6800

SO ORDERED: _____
Hon. ~~Kenneth M. Karas~~ George A. Yanthis, USMJ

7/19/10

Dated: White Plains, New York
       May ___, 2010